03-21532

WCH:ld  UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. CIV-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TWELVE THOUSAND FOUR
HUNDRED AND FORTY ONE
DOLLARS ($12,441.00) IN U.S.
CURRENCY,

    Defendant.
_____/

MAGISTRATE JUDGE
BANDSTRA

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, hereby files this Complaint for Forfeiture in Rem and states:

1. This is a civil action for forfeiture in rem of TWELVE THOUSAND FOUR-HUNDRED AND FORTY ONE DOLLARS ($12,441.00) IN U.S. CURRENCY ("defendant currency").

2. This Court has jurisdiction and venue over this action pursuant to 28 U.S.C. §§ 1345, 1355(a), (b)(1), 1395 and 2461, in that the defendant currency was seized in the Southern District of Florida and will remain within the District during the pendency of this action.

3. The United States seeks forfeiture of the defendant property pursuant to 21 U.S.C. § 881(a)(6) arising from violations of 21 U.S.C. § 801 et seq..



## FACTS

4. On December 17, 2002, at approximately 9:52 P.M., at the International Café, 7137 West Flagler Street, Miami Florida, agents of the Drug Enforcement Administration ("DEA") were conducting the arrest of two individuals, Everardo De Jesus Soto-Arenas and Francisco Javier Lopez-Lopez for conspiracy to commit extortion arising out of narcotic trafficking.

5. Present at the café at the time of the arrests and apparently in the company of those arrested was an individual by the name of Helman Felipe Mendoza-Castro.

6. The DEA agents, advised Mendoza-Castro of his Constitutional rights, after which he agreed to cooperate with the agents.

7. Mendoza-Castro first told the agents that he did not know either Everardo De Jesus Soto-Arenas and Francisco Javier Lopez-Lopez but subsequently admitted knowing both of them.

8. He then told the agents that he had come to Miami after visiting his sister in Houston, Texas, to buy gifts for the holiday season but then stated the reason he came to Miami was to meet an individual by the name of Javier Rojas who was in the import/export business.

9. Mendoza-Castro next said that the reason he came to Miami was to buy equipment for his parents' pig farm in Colombia and finally advised the agents that the reason for his trip to Miami was so that he could go visit the "parks in Orlando."

10. After concluding this interview, the agents drove Mendoza-Castro to his hotel room, located at the Candlewood Suites, 8855 N.W. 27 th Street, #315, Miami, Florida. Upon consenting to a search of his room, the agents discovered $12,441.00 in United States currency in Mendoza-Castro's briefcase which he stated he brought from Colombia to purchase equipment for his parents pig farm.

11. Mendoza-Castro when asked the source of the currency, explained that $7,000.00 was given to him by his sister in Houston, Texas to be delivered to their parents in Colombia. Suspecting that the currency was involved in drug trafficking, the agents seized it.

12. On December 20, 2002, DEA contacted Mendoza-Castro and requested that he be present at DEA Headquarters in Miami, Florida, where he witnessed a Florida Highway Patrol K-9 alert to the presence of narcotics on the currency on two separate occasions.

13. Between the first and second dog alert to the currency, Mendoza-Castro voluntarily told the agents that part of the currency may have come into contact with some cocaine while drug traffickers were crossing his parents' pig farm in Colombia. Mendoza-Castro failed to indicate how the cocaine traffickers came into contact with his money.

14. On December 20, 2002, the same day as the dog alerted to the presence of narcotics on the currency, one of the DEA agents spoke with Mendoza-Castro's sister in Houston, Texas by telephone. She advised the agent that she had given Mendoza-Castro approximately $7,500.00 to take to their parents in Colombia. She said the money came from her employment. She also told the agents that she had advised Mendoza-Castro not to associate with individuals involved in drug trafficking.

15. On January 3, 2003, Mendoza-Castro's sister telephoned one of the DEA agents investigating this case and told the agent, contrary to her previous statement to the agent regarding the currency, that she had not given any money to Mendoza-Castro to take to their parents in Colombia and in fact, she had visited their parents in Colombia prior to Mendoza-Castro's visit to see her in Houston and, at that time, had given their parents $4,500.00.

16. Based on the foregoing, the defendant currency constitutes moneys, negotiable instruments, securities or things of value furnished or intended to be furnished in exchange for controlled substances in violation of 21 U.S.C. § 801, et seq., or proceeds traceable thereto or used or intended to be used to facilitate any violation of Title 21 § 801 et seq., and is thereby forfeit to the United States pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, Plaintiff United States of America requests that a warrant of arrest be issued for the defendant property; that the Court direct any and all persons having any claim to the defendant property to file and serve their Verified Claims and Answers as required by 18 U.S.C. § 983(a)(4) and the Supplemental Rules for Certain Admiralty and Maritime Claims, or suffer default thereof, together with such other and further relief as may be just; that the defendant property be condemned and forfeited to the United States of America for disposition according to law; and that the Plaintiff be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
WILLIAM C. HEALY
Assistant U.S. Attorney
99 NE 4th Street
Miami, Florida 33132-2111
Fla. Bar No. 0848395
Tel: (305) 961-9438
Fax: (305) 536-7599
william.healy@usdoj.gov

## VERIFICATION

I, JOSEPH FERNANDEZ, Special Agent, Drug Enforcement Administration, hereby declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the foregoing Complaint for Forfeiture in Rem is based upon information known to me, and that the facts alleged therein are true and correct to the best of my knowledge and belief.

EXECUTED, on this 5th day of June 2003.

_____
JOSEPH FERNANDEZ
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

**JS 44 (Rev. 12/96)**

# CIVIL COVER SHEET

The JS-44 civil cover sheet and [the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.] (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

03-21532

## I. (a) PLAINTIFFS
UNITED STATES OF [AMERICA]

**CIV - ALTONAGA**

DEFENDANTS
TWELVE THOUSAND FOUR HUNDRED AND FORTY ONE DOLLARS ($12,441.00) IN UNITED STATES CURRENCY,

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

Dade  03CV21532

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Dade
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Magistrate

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
United States Attorney's Office
Attn: William C. Healy, AUSA
99 N.E. 4th Street, Suite 700
(305) 961-9438

ATTORNEYS (IF KNOWN)

MAGISTRATE

(d) CIRCLE COUNTY WHERE ACTION AROSE: (DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | B☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | B☐ 640 R.R & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | B☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / B☐ 530 General | A☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / A☐ 535 Death Penalty | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / B☐ 540 Mandamus & Other | | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | / B☐ 550 Civil Rights / B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

21 U.S.C. § 881

LENGTH OF TRIAL
via **3** days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 6-5-3
SIGNATURE OF ATTORNEY OF RECORD: *Wm. C. Healy, AUSA*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.